**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHARLES EDWARD HINES, IV,

    Plaintiff,

v.                                                          CASE NO. 4:11-cv-00497-MP-WCS

TONY CAMERON, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 6, 2011. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This action is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, including review of the _in forma pauperis_ motion.

    **DONE and ORDERED** this 7th day of November, 2011.

                                              _s/ M. Casey Rodgers_
                                              **M. CASEY RODGERS
                                              CHIEF UNITED STATES DISTRICT JUDGE**